IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD STEPHENS,            )
                            )
    Plaintiff,              )
                            )
v.                          )       CASE NO. CV413-023
                            )
CRIMINAL JUSTICE DEPARTMENT,)
                            )
    Defendant.              )
                            )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. As a result, Plaintiff's Motion for Damages (Doc. 8) is **DISMISSED AS MOOT**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA