FILED
U.S. DISTRICT COURT
SAVANNAH
2013 MAY 23 AM 9:
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDWARD STEPHENS, | |
| Plaintiff, | |
| v. | CASE NO. CV413-023 |
| CRIMINAL JUSTICE DEPARTMENT, | |
| Defendant. | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. As a result, Plaintiff's Motion for Damages (Doc. 8) is **DISMISSED AS MOOT**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA